IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

MICHAEL BOCHENSKI,                      *

                Plaintiff,         *

vs.                                     *        Civil Action No.:1:14-cv-01031-ELH

M&T BANK,                               *

              Defendant.         *

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

## ANSWER TO COMPLAINT

Defendant M&T Bank ("M&T"), by and through its undersigned counsel, hereby answers the Complaint filed by Plaintiff Michael Bochenski ("Plaintiff").

1.      As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.  To the extent there are factual allegations in paragraph 1 that require a response, they are denied.

2.      As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.  To the extent there are factual allegations in paragraph 2 that require a response, they are denied.

3.      As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.  To the extent there are factual allegations in paragraph 3 that require a response, they are denied.

4.      As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.   M&T admits that it is Plaintiff's mortgage servicer.   To the extent there are factual allegations in paragraph 4 that require a response and are not otherwise admitted, they are denied.

5.      As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.  To the extent there are factual allegations in paragraph 5 that require a response, they are denied.

6.      As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.  To the extent there are factual allegations in paragraph 6 that require a response, they are denied.

7.      As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.  To the extent there are factual allegations in paragraph 7 that require a response, they are denied.

8.      As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.  To the extent there are factual allegations in paragraph 8 that require a response, they are denied.

9.      As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response

is required.  To the extent there are factual allegations in paragraph 9 that require a response, they are denied.

10.      As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.  To the extent there are factual allegations in paragraph 10 that require a response, they are denied.

11.      As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.  To the extent there are factual allegations in paragraph 11 that require a response, they are denied.

12.      The allegations in paragraph 12 of the Complaint are denied.

13.      As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.  To the extent there are factual allegations in paragraph 13 that require a response, they are denied.

14.      As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.  To the extent there are factual allegations in paragraph 14 that require a response, they are denied.

15.      As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response

is required.  M&T admits that it is Plaintiff's mortgage servicer.  To the extent there are factual allegations in paragraph 15 that require a response and are not otherwise admitted, they are denied.

16.     M&T admits that it is Plaintiff's mortgage servicer.  The remaining allegations in paragraph 16 of the Complaint are denied.

17.     The allegations in paragraph 17 of the Complaint are denied.

18.     As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.  To the extent there are factual allegations in paragraph 18 that require a response, they are denied.

19.     As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on this allegation have been dismissed and, therefore, no further response to the allegations contained in this paragraph is required.  To the extent a response is required, the allegations in paragraph 19 are denied.

20.     The allegations in paragraph 20 of the Complaint are denied.

21.     As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.  To the extent there are factual allegations in paragraph 21 that require a response, they are denied.

22.     As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.  To the extent there are factual allegations in paragraph 22 that require a response, they are denied.

4050963.1 37240/124541 03/24/2015

23.      As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.  To the extent there are factual allegations in paragraph 23 that require a response, they are denied.

24.      As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.  To the extent there are factual allegations in paragraph 24 that require a response, they are denied.

25.      As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.  To the extent there are factual allegations in paragraph 25 that require a response, they are denied.

26.      M&T admits that it is Plaintiff's mortgage servicer.   The remaining allegations in paragraph 26 of the Complaint are denied.

27.      As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.  To the extent there are factual allegations in paragraph 27 that require a response, they are denied.

28.      As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.  To the extent there are factual allegations in paragraph 28 that require a response, they are denied.

4050963.1 37240/124541 03/24/2015

29.     As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.   M&T admits that it is Plaintiff's mortgage servicer.   To the extent there are factual allegations in paragraph 29 that require a response and are not otherwise admitted, they are denied.

30.     As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.   M&T admits that it is Plaintiff's mortgage servicer.   To the extent there are factual allegations in paragraph 30 that require a response and are not otherwise admitted, they are denied.

31.     As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.  To the extent there are factual allegations in paragraph 31 that require a response, they are denied.

32.     As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.  To the extent there are factual allegations in paragraph 32 that require a response, they are denied.

33.     As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.  To the extent there are factual allegations in paragraph 33 that require a response, they are denied.

34.     As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response

6

is required.  To the extent there are factual allegations in paragraph 34 that require a response, they are denied.

35.    As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.  To the extent there are factual allegations in paragraph 35 that require a response, they are denied.

36.    As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.  To the extent there are factual allegations in paragraph 36 that require a response, they are denied.

37.    As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.  To the extent there are factual allegations in paragraph 37 that require a response, they are denied.

38.    As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.  To the extent there are factual allegations in paragraph 38 that require a response, they are denied.

39.    As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.  To the extent there are factual allegations in paragraph 30 that require a response, they are denied.

4050963.1 37240/124541 03/24/2015

40.     As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.  To the extent there are factual allegations in paragraph 40 that require a response, they are denied.

41.     As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.  To the extent there are factual allegations in paragraph 41 that require a response, they are denied.

42.     As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.  To the extent there are factual allegations in paragraph 42 that require a response, they are denied.

43.     As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.  To the extent there are factual allegations in paragraph 43 that require a response, they are denied.

44.     As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.  To the extent there are factual allegations in paragraph 44 that require a response, they are denied.

45.     As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response

is required.  To the extent there are factual allegations in paragraph 45 that require a response, they are denied.

46.     M&T admits that it is Plaintiff's mortgage servicer.   The remaining allegations in paragraph 46 of the Complaint are denied.

47.     The allegations in paragraph 47 of the Complaint are denied.

48.     As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.  To the extent there are factual allegations in paragraph 48 that require a response, they are denied.

49.     As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.  To the extent there are factual allegations in paragraph 49 that require a response, they are denied.

50.     As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.  To the extent there are factual allegations in paragraph 50 that require a response, they are denied.

51.     The allegations in paragraph 51 of the Complaint are denied.

52.     As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.  To the extent there are factual allegations in paragraph 52 that require a response, they are denied.

53.     As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.  To the extent there are factual allegations in paragraph 53 that require a response, they are denied.

54.     The allegations in paragraph 54 of the Complaint are denied.

55.     As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.  To the extent there are factual allegations in paragraph 55 that require a response, they are denied.

56.     The allegations in paragraph 56 of the Complaint are denied.

57.     As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.  To the extent there are factual allegations in paragraph 57 that require a response, they are denied.

58.     As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.  To the extent there are factual allegations in paragraph 58 that require a response, they are denied.

59.     The allegations in paragraph 59 of the Complaint are denied.

60.     The allegations in paragraph 60 of the Complaint are denied.

61.     The allegations in paragraph 61 of the Complaint are denied.

62.    As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.  To the extent there are factual allegations in paragraph 62 that require a response, they are denied.

63.    As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.  To the extent there are factual allegations in paragraph 63 that require a response, they are denied.

64.    As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.  To the extent there are factual allegations in paragraph 64 that require a response, they are denied.

65.    As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.  To the extent there are factual allegations in paragraph 65 that require a response, they are denied.

66.    As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.  To the extent there are factual allegations in paragraph 66 that require a response, they are denied.

67.    As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response

is required.  To the extent there are factual allegations in paragraph 67 that require a response, they are denied.

68.    As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.  To the extent there are factual allegations in paragraph 68 that require a response, they are denied.

69.    As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.  To the extent there are factual allegations in paragraph 69 that require a response, they are denied.

70.    As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.  To the extent there are factual allegations in paragraph 70 that require a response, they are denied.

71.    M&T admits that it is Plaintiff's mortgage servicer.   The remaining allegations in paragraph 71 of the Complaint are denied.

72.    As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response is required.  To the extent there are factual allegations in paragraph 72 that require a response, they are denied.

73.    As a result of this Court's Memorandum Opinion dated March 10, 2015, Plaintiff's claims based on the allegations in this paragraph have been dismissed and, therefore, no further response

4050963.1 37240/124541 03/24/2015

is required.  To the extent there are factual allegations in paragraph 73 that require a response, they are denied.

### AFFIRMATIVE DEFENSES

1.    Plaintiff's claims are barred because the Complaint fails to state a claim upon which relief can be granted.

2.    M&T reserves the right to assert additional defenses as more information is learned during the course of discovery.

WHEREFORE, having responded fully to the Complaint filed by Plaintiff, Defendant M&T Bank respectfully requests that the Complaint be dismissed with prejudice and that it be awarded costs and attorneys' fees and such other relief deemed appropriate by the Court.

Respectfully submitted,

_____/s/_____
Brian L. Moffet (Fed. Bar No. 13821)
GORDON FEINBLATT LLC
The Garrett Building
233 East Redwood Street
Baltimore, Maryland  21202
Telephone: 410/576-4291
FAX:  410/576-4269
Email: bmoffet@gfrlaw.com
**Attorney for Defendant M&T Bank**

13

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of March 2015, a copy of the foregoing Answer to Complaint was electronically filed in this case via this Court's CM/ECF system and was sent by first class mail, postage prepaid, to:

> Michael Bochenski
> 1196 Tyler Avenue
> Annapolis, Maryland 21403
> *Pro Se Plaintiff*

> _____/s/_____
> Brian L. Moffet

14